IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MICHAEL E. NEIGHBORS,<br>         *Plaintiff,*<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>         *Defendant.* | CIVIL ACTION NO. 6:12-CV-00056<br><br>O R D E R<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

   I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and Judge Ballou subsequently filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 21) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 16) is GRANTED; Plaintiff's motion for summary judgment (docket no. 12) is DENIED; the Commissioner's final decision in this case is AFFIRMED; and this action is DISMISSED from the court's active docket.

   The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

   It is so ORDERED.

   ENTERED this  19th  day of November, 2013.

                     */s/ Norman K. Moon*
                     NORMAN K. MOON
                     UNITED STATES DISTRICT JUDGE