IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MICHAEL E. NEIGHBORS, *Plaintiff,* | CIVIL ACTION No. 6:12-CV-00056 |
| v. | O R D E R |
| COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | NORMAN K. MOON UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and Judge Ballou subsequently filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 21) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 16) is GRANTED; Plaintiff's motion for summary judgment (docket no. 12) is DENIED; the Commissioner's final decision in this case is AFFIRMED; and this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

ENTERED this __19th__ day of November, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE